**BIRCHMEIER & POWELL LLC**
**ATTORNEYS AT LAW**
1891 STATE HIGHWAY 50
PO BOX 582
TUCKAHOE, NJ 08250-0582
(609) 628-3414
(609) 628-2966 (FAX)
www.birchmeierlaw.com

JAMES R. BIRCHMEIER º*
ERIN R. THOMPSON
EDWARD N. ROMANIK
SANDRA A. SORANTINO
------------------
DONALD A. POWELL
RETIRED

º CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
*ALSO MEMBER PA. BAR

GLOUCESTER COUNTY OFFICE
53 NEWTON AVENUE
WOODBURY, NJ 08096

December 28, 2020

Our File No. 13,668E

*Via USDC e-file*

The Hon. Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 1050
1 John F. Gerry Plaza
4th & Cooper Sts.
Camden, NJ  08101

RE: Annette Chinn, Douglass Chinn & Chelsey Chinn v. Denyce Chinn; Donean Parker; Deptford Township; Deptford Township Police Dept; Deptford Township Internal Affairs Dept.; Police Chief Kevin Pancoast; Sergeant Michael Riggs; Detective Matthew J. Massing; Officer Ryan Osmola; Gloucester County Prosecutor's Office; Prosecutor Charles Fiore; Asst. Prosecutor Paul Colangelo; et. al.
Docket No:  1:20-cv-10256-NLH-JS

Dear Judge Schneider:

As you may recall, under a cover of December 14, 2020, I informed you that I had to receive plaintiff's Rule 26 Disclosures. Pursuant to the terms of the joint discovery plan, Rule 26 Disclosures were to be served by September 30, 2020.

Your Honor issued an Order advising that plaintiff must submit Rule 26 Disclosures by December 23, 2020. To date, I have yet to receive plaintiff's responses. I would ask for the Court's guidance.

I thank you in advance for your anticipated courtesies.

Respectfully submitted,
BIRCHMEIER & POWELL LLC

Erin R. Thompson, Esq.
ethompson@birchmeierlaw.com
ERT/bh

The Court having received counsel's letter; and good cause having been shown, it is hereby ORDERED counsel is granted leave to file a discovery motion, with a request for fees and costs, if plaintiff does not produce the requested disclosures by January 8, 2021. Counsel's motion may not be filed before this date.

Joel Schneider, U.S.M.J.
December 29, 2020

2

Cc :   David DeWeese, Esq., via email
       Susan Mooney, Qual-Lynx, via email
       Dina Zawadski, Deptford Twp., via email
       Denyce Chinn, Pro Se, via email
       Donean Parker, Pro Se, via email
       Joseph P. Howard, Esq., via email